FILED
OCT 22 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. **'07 MJ 8863** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States |
| Antonio DE LEON-Arteaga, ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about October 21, 2007, within the Southern District of California, defendant Antonio DE LEON-Arteaga, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
MARCO A. MIRANDA
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 22nd DAY OF OCTOBER 2007.

_____
PETER C. LEWIS
United States Magistrate Judge

Page 1

UNITED STATES OF AMERICA
v.
Antonio DE LEON-Arteaga

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, V. Morfin, that the Defendant was found and arrested on October 21, 2007 west of Calexico, California.

BPA Morfin was performing her assigned Border Patrol duties approximately 3 miles west of Calexico, California. BPA Morfin encountered three individuals, one later identified as Antonio DE LEON-Arteaga. BPA Morfin identified herself as a Border Patrol Agent and questioned DE LEON and the other individuals as to their immigration status to be in the United States. They all stated that they are citizens of Mexico and illegally in the United States. DE LEON and the other individuals were placed under arrest.

Record checks revealed that an Immigration Judge ordered DE LEON deported to Mexico from the United States on March 10, 1989. Record checks also revealed that DE LEON has an extensive criminal record and is currently on Supervised Released with an expiration date of March 12, 2010.

There is no evidence DE LEON has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.